UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SHENEKA H. HATFIELD** | **CIVIL ACTION NO. 16-1307** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BIO-MEDICAL LIFE APPLICATIONS OF LOUISIANA, LLC** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Bio-Medical Applications of Louisiana, LLC's Motion for Summary Judgment [Doc. No. 20] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 31st day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE